IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUN 14 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:06CR137-MHT |
| v. | ) | [8 USC 1326(a); |
| | ) | 8 USC 1326(b)(1)] |
| ORLANDO REYNA-JIMENEZ | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 26th day of May, 2006, in Butler County, Alabama, in the Middle District of Alabama,

ORLANDO REYNA-JIMENEZ,

defendant herein, being an alien, did knowingly re-enter and was found in the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney