IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr137-MHT |
| ) | |
| ORLANDO REYNA-JIMENEZ ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>JUNE 29, 2006</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>ORLANDO REYNA-JIMENEZ</u> before the United States District Court at 5B Courtroom, on the <u>29</u> day of JUNE, 2006, at 10:00 a.m.

DONE, this the <u>15</u> day of JUNE, 2006.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk