| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: June 29, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:13 - 10:18 |

√ ARRAIGNMENT    ❏ CHANGE OF PLEA    ❏ CONSENT PLEA
❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr137-MHT    **DEFENDANT NAME:** Orlando Reyna-Jimenez
**AUSA:** Terry Moorer    **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES    (Defendant does not need an interpreter)

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ **Not Guilty**
   ❏ Guilty as to:
      ❏ Count(s):
      ❏ Count(s):    ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing
❏ Written plea agreement filed    ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:    **8/7/06**        ❏ WAIVER OF SPEEDY TRIAL filed.
            **DISCOVERY DISCLOSURE DATE: June 29, 2006**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
      ❏ Trial on _____; ❏ Sentencing on _____
√ ** Defendant remanded to custody of U. S. Marshal for:
      ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:    ❏ Waiver of Conflict of Interest Form executed
         ❏ Defendant requests time to secure new counsel
**Defendant WAIVES detention hearing and will remain in custody.