| COURTROOM DEPUTY'S MINUTES | DATE: July 17, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:38 – 3:42 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:06cr137-MHT | DEFENDANT(S) Orlando Reyna-Jimenez |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**
    #12 - defendant's motion to suppress
    Government to file response

☐ **PLEA STATUS:**
    Plea depends on motion to suppress
    Plea notice to be filed on or before noon July 26, 2006

☐ **TRIAL STATUS**
    Trial time - 1-2 days

☐ **REMARKS:**
    Ms. Freeman will talk to defendant about motion to continue trial