**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06–cr-137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

COMES NOW the Defendant, Orlando Reyna-Jimenez, by and through undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. §§ 3161; (h)(1)(I); respectfully moves this Court to continue the trial of this matter past the currently scheduled August 7, 2006 trial term. In support of this Motion, defendant would show the following:

1. Trial in this matter is presently scheduled for August 7, 2006.

2. Undersigned counsel is engaged in good faith negotiations with the United States which may resolve this case. These negotiations may result in a plea agreement which will have to be review and considered by this court.

3. Undersigned counsel does not anticipate that plea negotiations and a final plea agreement will be completed on or before the presently scheduled date of trial.

4. Therefore, it is in the interest of justice to continue trial in this matter.

5. Mr. Reyna-Jimenez has no objection to the requested continuance and his speedy trial waiver is attached.

6. The United States, through Assistant United States Attorney Tommie Hardwick, has no opposition to this requested continuance.

7. Requests for a continuance are addressed to the sound discretion of the trial court. United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied

471 U.S. 1100 (1985). A continuance in order to allow defense counsel "the reasonable time necessary for effective preparation" for trial is one of the factors considered significant by the Speedy Trial Act. United States v. Davenport, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. 3161 (h)(8)(B)(iv). The Eleventh Circuit has repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987) (upholding, against speedy trial claim, a continuance of eighty days to allow new counsel to prepare for trial); United States v. Elkins, 795 F.2d 919, 924 (11th Cir. 1986), cert. denied 479 U.S. 952 (1986) (upholding against speedy trial claim, a continuance to allow new counsel time to prepare); United States v. Sarro, 742 F.2d 1286, 1300 (11th Cir. 1984), reh, denied 751 F.2d 394 (1984).

8. Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(I) this court has the statutory authority to continue trial for the reasons set forth above.

**FOR THE REASONS ABOVE**, the Defendant respectfully requests that this Motion be granted and the trial in this matter be continued from the August 7, 2006 trial docket.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06–cr-137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                       Respectfully submitted,

                                       <u>s/Christine A. Freeman</u>
                                       **CHRISTINE A. FREEMAN**
                                       **TN BAR NO.: 11892**
                                       Attorney for Defendant
                                       Federal Defenders
                                       Middle District of Alabama
                                       201 Monroe Street, Suite 407
                                       Montgomery, AL 36104
                                       TEL:   (334) 834-2099
                                       FAX:   (334) 834-0353
                                       E-Mail: Christine_Freeman@fd.org