IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

**ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 12), filed July 14, 2006, and for good cause, it is

ORDERED that the motion be and hereby is set for hearing at 2:00 p.m. on September 18, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

The Clerk of the Court is directed to have an interpreter available for this hearing.

DONE, this 1st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE