IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for November 6, 2006, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on October 12, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 1st day of August, 2006.

/s/ Susan Russ Walker

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE