IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

**RESPONSE TO MOTION TO SUPPRESS**

Comes now the United States of America, by and through Leura G. Canary, and in response to the <u>Motion to Suppress</u> filed by the Defendant herein, the following is submitted:

1) On May 26, 2006, Alabama State Trooper Chris Faulk conducted a vehicle stop on Interstate 65 southbound near mile marker 107 in Butler County, Alabama. The vehicle was stopped for following to close to the vehicle in front. This is a violation of code of Alabama § 32-5A-89. A warning ticket was issued for this violation and a citation was issued for Driving While Revoked.

2) Trooper Faulk conducted a record check after identifying Defendant Reyna-Jimenez who spoke English and did not require an interpreter. The record check revealed the Defendant had previously been arrested for possession of a stolen car and possession of a large sum of money. The Defendant consented to a search of his vehicle and three false compartments were located. The Defendant and the vehicle were transported to the Alabama State Trooper Post in Evergreen for further investigation.

3) A record inquiry revealed the Defendant had previously been deported from the United States three times and had not obtained permission to reenter the United States as required.

4) As a general matter, the decision to stop an automobile is reasonable where police

have probable cause to believe that a traffic violation has occurred.  Whren v. United States, 517 U.S. 806, (1996); see also United States v. Pruitt, 174 F.3d 1215 (11th Cir. 1999).  Here, Trooper Faulk personally observed the Defendant commit the offense of following too close.

    5)    The Defendant has submitted no evidence to establish his claim that the stop was protected.  Following too closely is a violation of Alabama Law and Trooper Faulk observed the Defendant commit the offense.

    6)    Once a lawful traffic stop is made, the stop can last long enough to conduct a variety of checks about licenses, registration, insurance and so on.  United States v. Hernandez, 418 F.3d 1206 (11th Cir. 2005).  Defendant did not have a valid driver's license as well as having committed the traffic offense for which he was stopped and the trooper was legally justified in taking the Defendant and the vehicle to the trooper post for further investigation.

    7)    Contrary to Defendant's statement that the search of the vehicle was in violation of the Fourth Amendment, the Defendant consented to the search.  Defendant was also advised of his rights pursuant to Miranda by Immigration and Customs Enforcement Special Agent Blake Diamond and the Defendant agreed to answer questions without the presence of an attorney.  The Defendant affirmatively waived his Fifth and Sixth Amendment rights.

    8)    Defendant stated he was from Mexico and the record supported this information.  As a Mexican Citizen the Defendant had the right to be notified he could contact the Mexican Consulate.  Special Agent Diamond did advise the Defendant of this right and the Defendant declined.

    Wherefore, premises considered, the United States submits the Motion to Suppress is due to be denied.

Respectfully submitted this the 18th day of September, 2006.

                                    LEURA GARRETT CANARY
                                    UNITED STATES ATTORNEY

                                    /s/ Kent B. Brunson
                                    KENT B. BRUNSON
                                    Assistant United States Attorney
                                    Bar Number: ASB-3094-U62K
                                    One Court Square, Suite 201
                                    Montgomery, Alabama 36104
                                    Telephone: (334) 223-7280
                                    Fax: (334) 223-7135
                                    E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-137-MHT |
| | ) | |
| ORLANDO REYNA-JIMENEZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        Bar Number: ASB-3094-U62K
        One Court Square, Suite 201
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov