IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06–cr-137-MHT |
| | ) | |
| **ORLANDO REYNA-JIMENEZ** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **ORLANDO REYNA-JIMENEZ**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 18th day of September 2006.

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06–cr-137-MHT** |
| ) | |
| **ORLANDO REYNA-JIMENEZ** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                                                       s/Christine A. Freeman  
                                                                                       **CHRISTINE A. FREEMAN**  
                                                                                       **TN BAR NO.: 11892**  
                                                                                       Federal Defenders  
                                                                                       Middle District of Alabama  
                                                                                       201 Monroe Street, Suite 407  
                                                                                       Montgomery, AL 36104  
                                                                                       TEL:  (334) 834-2099  
                                                                                       FAX:  (334) 834-0353  
                                                                                       E-Mail: Christine_Freeman@fd.org