| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: September 18, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:00 - 2:15 |
| | COURT REPORTER: Mitchell Reisner |

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA
☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr137-MHT    **DEFENDANT NAME:** Orlando Reyna-Jimenez
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Christine Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( √ )YES    Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ **Not Guilty**
   √ **Guilty as to:**
      √ **Count(s):** 1 of the Indictment
      ☐ **Count(s):**        ☐ dismissed on oral motion of USA
                              ☐ to be dismissed at sentencing

√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ CRIMINAL TERM:        ☐ WAIVER OF SPEEDY TRIAL filed.
         **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____

**Defendant's ORAL MOTION to withdraw motion to suppress. Court ORAL ORDER granting ORAL MOTION to withdraw motion to suppress.**