**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06–cr-137-MHT** |
| | ) | |
| **ORLANDO REYNA-JIMENEZ** | ) | |

<u>**UNOPPOSED MOTION FOR EARLIER SENTENCING DATE**</u>

**COMES NOW** the Defendant, **ORLANDO REYNA-JIMENEZ**, by and through undersigned counsel, and respectfully asks the Court to schedule this matter for a sentencing date earlier than the presently scheduled December 14, 2006.

In support of this Motion, the Defendant would show:

1. Mr. Reyna-Jiminez has pled guilty to the sole count of the indictment, a violation of 8 U.S.C. §1326 (a), reentry of the United States by a non-citizen, after removal.

2. The draft presentence report has been completed and distributed and it is anticipated that there will be no objections to the presentence report in this matter.

3. It is anticipated that the applicable sentencing guideline range will be no greater than a Zone B sentence of 8 to 14 months, and possibly less.

4. Mr. Reyna-Jiminez has been detained since he was stopped in a traffic stop for "following too close" on I-65, on May 26, 2006.

5. Mr. Reyna-Jiminez has been in federal custody since the service of a federal criminal complaint on May 30, 2006 (D.E. 1).

6. The U.S. Immigration & Customs Enforcement agency has served a detainer

for Mr. Reyna-Jiminez on the U.S. Marshal. (A copy of the detainer provided to defense counsel in discovery is attached as Defendant's Exhibit 1).

7. Transportation of prisoners during the holiday season, from Thanksgiving to New Year's, are often delayed.

8. The Government and U.S. Probation officer do not oppose this motion.

WHEREFORE, Defendant respectfully asks that this matter be moved to an earlier sentencing date.

Respectfully submitted;

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Orlando Reyna-Jiminez
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and to Jacquelyn P. Caple, Senior U.S. Probation Officer.

>
> **s/Christine A. Freeman**
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Counsel for Orlando Reyna-Jiminez
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org