U.S. Department of Homeland Security
Immigration and Customs Enforcement

**Immigration Detainer - Notice of Action**

| File No. | A78 131 843 |
|---|---|
| Date: | May 30, 2006 |

**To:** (Name and title of institution)
U.S. Marshal
Middle District of Alabama
One Church Street
Montgomery, Alabama

**From:** (ICE office address)
DHS/ICE
301 South Ripley Street
Montgomery, Alabama 36104
(334) 242-1377

Name of alien: Orlando REYNA-Jimenez

Date of birth: 01/03/1983   Nationality: Mexican   Sex: M

**You are advised that the action noted below has been taken by Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____. (Date)

☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Upon the alien completing a court ordered sentence, posting a bond, or any other situation allowing the alien to be released from your facility and **upon notifying ICE**, federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling:

(334) 242-1377 during business hours or 1-800-973-2867 after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to (334) 242-4404 FAX.
(Area code and facsimile number)

Return fax to the attention of  Blake Diamond - SSA , at (334) 242-1377 Office
(Name of ICE officer handling case)   (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____.

Blake Diamond   Senior Special Agent
(Signature of ICE official)   (Title of ICE official)

Receipt acknowledged:

Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____
Signature and title of official:

230