IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr137-MHT |
| ORLANDO REYNA-JIMENEZ | ) | |

## ORDER

It is ORDERED as follows:

(1) The motion for earlier sentencing date (doc. no. 27) is granted.

(2) The sentencing of defendant Orlando Reyna-Jimenez now set for December 14, 2006, is reset for November 22, 2006, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 17th day of November, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE