AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

V.

**ORLANDO REYNA-JIMENEZ**

**NOTICE**

CASE NUMBER:   2:06cr00137-MHT

TYPE OF CASE:

☐ **CIVIL**        X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING HEARING** before Judge Myron H. Thompson

X  **TAKE NOTICE** that a proceeding in this case has been RESCHEDULED as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | 11/22/06 at 9:00 a.m. | **November 21, 2006, at 10:30 a.m.** |

Debra P. Hackertt, Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 20, 2006
DATE

(BY) DEPUTY CLERK