# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  <u>November 21, 2006</u>          AT  10:40  A.M./P.M.

DATE COMPLETED  <u>November 21, 2006</u>          AT  11:03  A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06-cr-137-MHT
         VS.

ORLANDO REYNA-JIMENEZ

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Christine A. Freeman |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress, Interpreter

---

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 10:40 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Correction of guideline range to 8 to 14 months, as stated on the record. Defendant's oral request to consider time served. Sentence imposed. |
| 11:03 a.m. | Hearing concluded. |